## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| **RANDALL WILSON, and ANNETTE WILSON,**<br><br>        Plaintiffs,<br><br>vs.<br><br>**JONATHAN COTTON, and VEIT & COMPANY INC.**<br><br>        Defendants. | **CASE NO:**<br><br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendants in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff is Tom Fowler, 8305 Hickman Rd Suite 200 Clive, IA 50325. The attorney's phone number is (515) 231- 1438.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Polk County, at the courthouse in Des Moines, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (641) 421-0990. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

Form No. 301, Original Notice for Personal Service Revised January 2016

*served upon AJW*
*12/9/24    1:00 pm*

**Iowa Judicial Branch**

Case No. **LACL160518**
County **Polk**

Case Title   RANDALL WILSON ET AL VS JONATHAN COTTON ET AL

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 561-5818**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **10/31/2024 08:08:29 AM**



District Clerk of Court or/by Clerk's Designee of Polk          County
**/s/ Andrea Hernandez**

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| RANDALL WILSON, and ANNETTE WILSON,<br><br>    **Plaintiff,**<br><br>vs.<br><br>JONATHAN COTTON, and VEIT & COMPANY INC.<br><br>    **Defendants.** | CASE NO. _____<br><br><br><br><br><br>**PETITION AT LAW AND JURY DEMAND** |

COME NOW Plaintiffs, Randall Wilson and Annette Wilson, by and through their attorney, and for their causes of action against Defendants, Jonathan Cotton and Veit & Company Inc., state the following:

### JURISDICTIONAL ALLEGATIONS

1. At all times material, Plaintiff Randall Wilson was a resident of Polk County, Iowa.

2. At all times material, Plaintiff Annette Wilson was a resident of Polk County, Iowa

3. On information and belief and at all times material, Defendant, Jonathan Cotton, was a resident of Montgomery County, Tennessee.

4. On information and belief and at all times material, Defendant, Jonathan Cotton, was an employee of Defendant, Veit & Company Inc.

5. On information and belief and at all times material, Defendant, Veit & Company Inc., was a business headquartered in Hennepin County, Minnesota.

6. All facts giving rise to this cause of action occurred in Polk County, Iowa.

7. Pursuant to Iowa Code § 616.18, Polk County is the appropriate venue because it is the county where the collision occurred and where the Plaintiffs' injuries were sustained.

8. The amount in controversy exceeds the Court's jurisdictional minimums.

## FACTS TO ALL COUNTS

All of the above paragraphs are incorporated by reference herein.

9. On or about December 11, 2022, Plaintiff, Randall Wilson was facing northbound on SE PDI Pl and was attempting to turn left onto SE Oralabor Rd. in Ankeny, Iowa.

10. On or about December 11, 2022, Plaintiff Annette Wilson was a passenger in Randall Wilson's car.

11. On or about December 11, 2022, Defendant, Jonathan Cotton, was traveling eastbound on SE Oralabor Rd. and failed to yield at a red light, which led to the defendant colliding with the Plaintiff's vehicle.

12. Defendant, Jonathan Cotton, was operating his vehicle with the permission and consent of its owner, Viet & Company Inc.

13. The above-mentioned accident caused Randall Wilson and Annette Wilson personal injuries and damages as described below.

## COUNT I – NEGLIGENCE OF DEFENDANT, JONATHAN COTTON

All of the above paragraphs are incorporated by reference herein.

14. Jonathan Cotton was negligent in the operation of their vehicle in the following ways, which are not exhaustive:

a. in failing to observe due care and precaution and to maintain proper and adequate control of said motor vehicle;

    b. in operating said vehicle in a reckless and/or careless manner;
    c. in failing to keep a proper lookout for other vehicles lawfully on the road;
    d. in failing to exercise reasonable care in the operation of said motor vehicle under the circumstances then and there existing; and
    e. in failing to obey the traffic laws of Iowa.

15. Defendant, Jonathan Cotton's, negligence caused all Plaintiffs' injuries and damages.

16. As a result of the above collision, Plaintiffs, Randall Wilson and Annette Wilson, sustained harms, losses, injuries, and damages in the following particulars, which are not exhaustive:

    a. Past and future medical expenses;
    b. Past lost wages;
    c. Future loss of earning capacity;
    d. Past and future loss of full mind and body;
    e. Past and future physical pain and mental suffering; and
    f. Any other element of loss recognized by Iowa law not specifically set forth herein.

WHEREFORE, Plaintiffs, Randall Wilson and Annette Wilson, respectfully requests judgment against Defendant, Jonathan Cotton, in an amount that will fully and reasonably compensate them for their injuries and damages, with pre and post judgment interest at the maximum legal rate, the costs of this action, and for all further relief this Court deems just and proper under the circumstances.

## COUNT II – STATUTORY OWNERSHIP LIABILITY OF VEIT & COMPANY INC.

All of the above paragraphs are incorporated by reference herein.

17. On information and belief and at all times material, said vehicle operated by Defendant, Jonathan Cotton, at the time of the collision was owned by Defendant, Veit & Company Inc.

18. On information and belief and at all times material, Defendant, Jonathan Cotton, operated said vehicle at the time of the collision with the consent, knowledge, and permission of Defendant, Veit & Company Inc.

19. Defendant, Veit & Company Inc., as owner of the motor vehicle driven by Defendant, Jonathan Cotton, is thus liable pursuant to Iowa Code § 321.493 for all injuries and damages suffered and incurred by Plaintiffs.

WHEREFORE, Plaintiffs, Randall Wilson and Annette Wilson, respectfully requests judgment against Defendant, Veit & Company Inc., in an amount that will fully and reasonably compensate Plaintiffs for their injuries and damages, with pre and post judgment interest, the costs of this action, and for any and all other relief this Court deems proper.

## COUNT III - VICARIOUS LIABILITY OF VEIT & COMPANY INC.

17. Defendant, Veit & Company Inc., employed the driver of the truck.

18. The above acts or omissions of the Defendant, Veit & Company Inc., employee and/or agent were committed within the scope of their agency and/or employment with Veit & Company Inc.

19. Defendant, Veit & Company Inc., is liable for all harms, losses, injuries, and damages suffered and incurred by Plaintiffs due to the acts or omissions of its employees committed within the scope of their agency or employment.

WHEREFORE, Plaintiff prays for judgment against Defendants, in an amount representing full and fair compensation for the injuries and damages as set forth above, for such attorneys' fees, interest, and costs as allowed by law, and for such other relief as may be just under the circumstances.

## COUNT IV - NEGLIGENT HIRING, SUPERVISION, AND RETENTION OF VEIT & COMPANY INC

20. Plaintiffs replead and reallege the above paragraphs as if set forth fully herein

21. At all material times, an employment and/or agency relationship existed between Veit & Company Inc. and its employee who operated the truck.

22. Upon information and belief and at material times, the employee who operated the truck was acting as an agent or employee of Veit & Company Inc. when he operated the truck and struck the Plaintiff's vehicle.

23. On December 11, 2022, the employee who operated the truck was acting as an agent or employee of Veit & Company Inc.

24. Veit & Company Inc. knew, or in the exercise of reasonable care should have known, of the unfitness, incompetence, or dangerous characteristics of its employee at the time of their hire.

25. The unfitness, incompetence, or dangerous characteristics of Veit & Company Inc. employees caused damages to the Plaintiffs.

26. Reasonable measures of training and supervision were not employed by Veit & Company Inc. to ensure its employees were performing their duties adequately and safely.

27. Veit & Company Inc. improperly assigned and retained its employees in positions where they posed a risk of harm to others.

28. Plaintiffs have sustained injuries and damages as a direct and proximate result of Veit & Company Inc. negligent hiring, supervision and retention of its employees

## JURY DEMAND

COME NOW Plaintiffs, Randall Wilson and Annette Wilson, by and through their attorney, and for their causes of action against Defendants, Jonathan Cotton and Veit & Company Inc., hereby demand a jury trial.

/s/ Thomas Fowler
Thomas J. Fowler (AT0012931)
Tom Fowler Law
8350 Hickman Rd. Suite 200
Clive, IA 50325
Tel. No. 515-231-1438
Facsimile No. 515-631-5148
Email tom@tomfowlerlaw.com
**ATTORNEY FOR PLAINTIFF**

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties of the above cause and to each of the attorneys of record herein on 10/30/*2024* via EDMS.

Signature:   *Tom Fowler*